DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AUDREY SALEEM,**
Appellant,

v.

**CLARENCE C. WALKER, ET AL.,**
Appellee.

No. 4D21-3083

[November 17, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. PRC96-002078.

Jean J. Barnett, West Palm Beach, for appellant.

Jesse H. Diner and S. Carey Villeneuve of Buchanan Ingersoll & Rooney PC, Ft. Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and ARTAU, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***